DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Laura Rodriguez Miranda, <br><br>        Plaintiff, <br><br>      v. <br><br> Kilolo Kijakazi, Acting Commissioner of Social Security, <br><br>        Defendant. | Case No. 1:20-cv-01250-SKO <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME <br><br> (Doc. 24) |

     IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from December 29, 2021, to January 28, 2022, for Plaintiff to serve on defendant with REPLY BRIEF.

     This is Plaintiff's second request for an extension of time.  Good cause exists for this request.  Counsel has pre-planned vacation for the Christmas and New Year holiday season to be spent out of State.

Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: December 27, 2021          PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Dolly M. Trompeter*
DOLLY M. TROMPETER
Attorneys for Plaintiff


Dated: December 27, 2021          PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration


By:  */s/ Sathya Oum*
Sathya Oum
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on December 27, 2021)

## **ORDER**

Pursuant to the parties' above stipulation (Doc. 24), and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff shall have an extension, up to and including January 28, 2022, to file her reply brief.

IT IS SO ORDERED.

Dated:   **December 30, 2021**                 */s/ Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE